PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROSLYN OVERBY, *etc.*, | ) |
| | ) CASE NO.  5:24CV1753 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| THE STEP2 COMPANY, LLC, | ) |
| | ) |
| Defendant. | ) **ORDER OF DISMISSAL** |

The Court was informed by the docket entry made on June 11, 2025 by the ADR Department that the parties settled this case at the mediation conference conducted by Federal Court Panelist Natalie M. Stevens.  Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before July 13, 2025, the parties shall submit a Joint Motion for Final Approval of FLSA Settlement and Preliminary Approval of Rule 23 Class Action Settlement or a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this Order.

IT IS SO ORDERED.

| | |
|---|---|
|   June 13, 2025   | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |